1

2

3                                              **JS-6**

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RICKY ALEXANDER DILLINGHAM,          Case No. 2:18-cv-01826-PSG-AFM

12                 Petitioner,

13        v.                              **JUDGMENT**

14   DEBBIE ASUNCION, Warden,

15                 Respondent.

16

17        This matter came before the Court on the Petition of RICKY ALEXANDER

18   DILLINGHAM, for a writ of habeas corpus.  Having reviewed the Petition and

19   supporting papers, and having accepted the findings and recommendation of the

20   United States Magistrate Judge,

21        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

22   is dismissed with prejudice.

23

24   DATED:  7/21/2020

25

26        _____

27                    PHILIP S. GUTIERREZ
                       UNITED STATES DISTRICT JUDGE

28